FILED - GR
November 17, 2026 9:58 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: JW / 11-17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1:26-cr-119
Jane M. Beckering
U.S. District Judge

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LISA MARIE BENNETT,

Defendant.

**Class A**
**Misdemeanor Information**

The United States Attorney charges:

Possession of Fentanyl

On or about September 30, 2024, in Ingham County, in the Western District of Michigan, Southern Division, the defendant,

LISA MARIE BENNETT,

knowingly and intentionally possessed fentanyl, a Schedule II controlled substance, without a valid prescription or order, and acting outside the course of her professional practice.

21 U.S.C. § 844(a)

TIMOTHY VERHEY
United States Attorney

DATE: November 17, 2026

VITO S. SOLITRO
Assistant United States Attorney